A97A1177, A97A1178, A97A1179. HALL v. LINAHAN (three cases).
(484 SE2d 65)

McMURRAY, Presiding Judge.

Jackie Hall filed these direct appeals seeking review of the trial court's orders on Hall's claims for production of certain documents pursuant to the Open Records Act, OCGA § 50-18-70 et seq. Because Hall is currently in the custody of the Department of Corrections, this appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Thus, Hall was required to file an application for discretionary review. OCGA § 42-12-8. Failure to file an application requires that these appeals be dismissed. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24).

*Appeals dismissed. Beasley and Smith, JJ., concur.*

DECIDED MARCH 12, 1997.

Jackie Hall, *pro se*.

Michael J. Bowers, Attorney General, Mary Beth Westmoreland, Deputy Attorney General, Carol A. Callaway, Senior Assistant Attorney General, for appellee.